UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 09-1234

K.R., A Minor By Her Parents; MICHELLE F. RILEY;
and CHARLES RILEY,

Appellants

v.

SCHOOL DISTRICT OF PHILADELPHIA; PAUL VALLIS;
LAWRENCE TAYLOR; JOSEPH BAHM; MICHELLE BYRUCH;
NIKKI SHAMES; DAWN VITELLO MANGAN; and
PENNSYLVANIA MENTOR/SCHOOL BASED-BEHAVIORAL HEALTH/
COMMUNITY BEHAVIORAL HEALTH,



On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 06-cv-2388)
District Judge: Honorable Michael M. Baylson

Submitted Under Third Circuit L.A.R. 34.1(a),
March 26, 2010

Before: RENDELL and FUENTES, *Circuit Judges*;
and KUGLER,* *District Judge.*

---

* Honorable Robert B. Kugler, District Court Judge for the District of New Jersey, sitting by designation.

## JUDGMENT

This cause came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on March 26, 2010. On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Orders of the District Court entered on September 17, 2007, August 26, 2008, September 3, 2008, and December 26, 2008, be and the same are hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

_____Marcia M. Waldron_____
_____Clerk

Dated: April 12, 2010

Certified as a true copy and issued in lieu
of a formal mandate on September 7, 2010

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**